

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00448-CV

**IN THE INTEREST OF A.C.M.R.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01227
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, we REVERSE the trial court's order naming the Texas Department of Family and Protective Services as the permanent managing conservator of A.C.M.R. We REMAND the case for further proceedings.

We ORDER that appellant E.H. be awarded the costs he incurred related to his appeal.

SIGNED January 23, 2019.

Luz Elena D. Chapa, Justice